# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:06CR217 |
| EDDIE C. SHELL, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

   IT IS ORDERED that the following is set for hearing on **October 3, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   - Motion to Produce Prior Testimony of Cooperating Witnesses  [15]
   - Motion to Disclose Identity of Confidential Informant(s) [16]
   - Motion to Suppress Search and Statement [18]

   Since this is a criminal case, the defendant must be present, unless excused by the Court.

   DATED this 21st day of August, 2006.

                              BY THE COURT:


                              s/ F.A. Gossett
                              United States Magistrate Judge